Hand-Delivered

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

FILED
CHARLOTTE, NC

FEB 0 6 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Civil Division

Nicole Abrams-Kelly
c/o Global Existence Foundation

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v- Modern Automotive Network (NC)

Nissan of North America
GEICO Insurance Corporation

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:25-CV-92-KDB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

**I.  The Parties to This Complaint**

   **A.  The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Nicole Abrams-Kelly |
   | Street Address | 9932 Janeiro Drive |
   | City and County | Huntersville, Mecklenburg County |
   | State and Zip Code | North Carolina, 28078 |
   | Telephone Number | (856) 379-9004 |
   | E-mail Address | NicoleAbramsKelly@outlook.com |

   **B.  The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Nissan of North America
- Job or Title (if known): Arbitration Specialist - CA
- Street Address: PO Box 685003
- City and County: Franklin
- State and Zip Code: TN, 37068-5003
- Telephone Number: (615) 725-7851
- E-mail Address (if known): amanda.yett@nissan-usa.com

Defendant No. 2
- Name: GEICO Insurance (Claims Dept.)
- Job or Title (if known): Asst. VP Virginia Beach Regional Ofc.
- Street Address: 1345 Perimeter Parkway
- City and County: Virginia Beach
- State and Zip Code: Virginia, 23454
- Telephone Number: (888) 841-1003
- E-mail Address (if known): N/A

Defendant No. 3
- Name: Mr. David Fox
- Job or Title (if known): NC AGO, Consumer Protection Specialists
- Street Address: 9001 Mail Service Center
- City and County: Raleigh, Wake County
- State and Zip Code: North Carolina, 27699-9001
- Telephone Number: (919) 716-6400
- E-mail Address (if known): opengov@ncdoj.gov

Defendant No. 4
- Name: Mr. Randy Reid
- Job or Title (if known): Federal DOT, NHTSA Chief of Defects
- Street Address: 1200 New Jersey Avenue, SE
- City and County: Washington
- State and Zip Code: District of Columbia, 20590
- Telephone Number: (888) 327-4360 / (855) 368-4200 / (202) 366-2992
- E-mail Address (if known): Interpretations.NHTSA@dot.gov

Defendant No. 5 on back of page (5) - Modern Automotive Network.

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, (name) __Nicole Abrams-Kelly__, is a citizen of the State of (name) __North Carolina__.

2. If the plaintiff is a corporation
   The plaintiff, (name) __Global Existence Foundation (GEF)__, is incorporated under the laws of the State of (name) __North Carolina__, and has its principal place of business in the State of (name) __North Carolina__.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, (name) __Nissan of North America__, is a citizen of the State of (name) __Tennessee__. Or is a citizen of (foreign nation) __Shinhama-Cho, Kanda-machi Miyako-gun, Fukuoka (Nissan Shatai Kyushu Co., LTD.)__

2. If the defendant is a corporation
   The defendant, (name) __GEICO Insurance Corporation__, is incorporated under the laws of the State of (name) __Maryland__, and has its principal place of business in the State of (name) __Maryland (Chevy Chase)__. Or is incorporated under the laws of (foreign nation) __N/A__, and has its principal place of business in (name) __Chevy Chase, Maryland__.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III. Statement of Claim

GEICO Insurance (limited lifetime warranty for repairs of loss claim from 11/19/2010; Taxes/tags and fees for replacement of vehicle (lemon law). Total ($10K)

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, (name) __Nicole Abrams-Kelly c/o GEF__, and the defendant, (name) __NISSAN of NA and GEICO Insurance Corp.__, made an agreement or contract on (date) __11/19/2010__. The agreement or contract was (oral or written) __written__. Under that agreement or contract, the parties were required to (specify what the agreement or contract required each party to do)

FTC Ref File # 71206900 - Vehicle repairs (NISSAN power-train warranty) and GEICO Insurance repairs due to intentional collision by another GEICO insured driver. This vehicle in question was purchased "new" without any miles on May 1, 2006 at Modern NISSAN of LKN (Lemon Law).

The defendant failed to comply because (specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)

NHTSA Complaint ID # 10811461 (Takata Air bags) NISSAN (dealership and manufacturer) failed to "repair and replace" air bags, supplemental side air bags, curtain air bags and pre-tensioner seat belts in accordance with their manual, attachment provided. The airbags did not deploy during collision and my injury was reported to medical.

The plaintiff has complied with the plaintiff's obligations under the contract.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Payment of prorated tax, tags and fees by GEICO for the purchase of a replacement vehicle. As of 10/4/2018; NISSAN of LKN dealership confirmed their inability to repair my vehicle which was titled with full payment as 2012. The dealership salvaged my vehicle after their determination and provided a letter to the NC Attorney General's Office.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/5/2025

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Nicole Abrams-Kelly

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Street Address: 
State and Zip Code: 
Telephone Number: 
E-mail Address:

(3). Defendant

    Modern Automotive Network
    Michael Feiereisel - General Counsel
    (Docket Case # 3:24-CV-1107-KDB-DCK)

    3901 W Pt. Blvd.
    Winston-Salem, NC 27103

**B. Defendent(s) - GEICO Insurance Corporation**

# NC DMV-349 Crash Report

**DMV-349 (Rev. 3/2001)**

THIS REPORT IS FOR THE USE OF THE DIVISION OF MOTOR VEHICLES. THE DATA IS COLLECTED FOR STATISTICAL ANALYSIS AND SUBSEQUENT HIGHWAY SAFETY PROGRAMMING. DETERMINATIONS OF "FAULT" ARE THE RESPONSIBILITY OF INSURERS OR OF THE STATE'S COURTS.

No. of Units Involved: 2
Form 1 of 1

| Date | County | Time | Local Use/Patrol Area |
|---|---|---|---|
| 11/19/2010 | MECKLENBURG | 0820 | 20101119082503  11 |

**Location:**
- Relation to Roadway Surface: 1
- Crash occurred In, Near Charlotte
- on LCL 9213 Beatties Ford Road
- Miles 300 ft. (0 ft-intersection) N S E W
- at or from LCL Hedrick Cir (N S E W)
- toward LCL Carver Ave

## UNIT #1 — VEHICLE

- Driver: Mayra Patricia Chavez
- Address: 12414 SWAN WINGS PL
- City: HUNTERSVILLE State: NC Zip: 28078
- Same Address on Driver's License? Yes
- Driver's Phone: H (704) 7962852
- D.L. #: 000038203995 State: NC
- DOB: 03/09/1980
- Vision Obstruction: 0 — Physical Condition: 1 — D.L. Restrictions: —
- Alcohol/Drugs Suspected: 0 — Alcohol/Drugs Test: 0 — Results: 0 — Vehicle Seizure (DWI): —

**Owner:** MAYRA PATRICIA CHAVEZ
- Address: 12414 SWAN WINGS PL
- City: HUNTERSVILLE State: NC Zip: 28078
- Plate #: TZW2847 State: NC Plate Year: 2011
- VIN: 2C3KA43R96H285586
- Vehicle Make: CHRY Year: 2006 Vehicle Style: 1 Drivable: No
- TAD: RFQ 3
- Estimated Damage: 3000
- Insurance Company: GOVERNMENT EMPLOYEES INSURANC
- Policy #: 4109808347

## UNIT #2 — VEHICLE

- Driver: Nicole Bryna Abrams Kelly
- Address: 9932 JANEIRO DR
- City: HUNTERSVILLE State: NC Zip: 28078
- Same Address on Driver's License? Yes
- Driver's Phone: H (704) 7875361
- D.L. #: 000022630386 State: NC
- DOB: 03/23/1975
- Vision Obstruction: 0 — Physical Condition: 1 — D.L. Restrictions: —
- Alcohol/Drugs Suspected: 0 — Alcohol/Drugs Test: 0 — Results: 0 — Vehicle Seizure (DWI): —

**Owner:** KENNETH LONZELL KELLY
- Address: 9932 JANEIRO DR
- City: HUNTERSVILLE State: NC Zip: 28078
- Plate #: VTX7219 State: NC Plate Year: 2011
- VIN: 5N1AA08B56N726547
- Vehicle Make: NISS Year: 2006 Vehicle Style: 4 Drivable: Yes
- TAD: FD 2
- Estimated Damage: 1000
- Insurance Company: GOVERNMENT EMPLOYEES INSURANC
- Policy #: 4134799297

### Persons

| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | Names/Towed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 1 | 1 | Unit1-Drv1 (see above) 30 | H | F | 2 | 2 | | | | 4 | Veh#1 Towed To/By: Hunter Wrecker  Hunter |
| B | 02 | 1 | 1 | Unit2-Drv2 (see above) 35 | B | F | 2 | 1 | | | | 4 | Veh#2 Towed To/By: |

C - Amount in Controversy

NC DOI # 2016-03-00496
Plate: VTX-7219



# GUARANTEE

12/7/10

**Toyota of North Charlotte** and GEICO guarantee that the work performed will be free from defects in materials and workmanship for as long as you own the vehicle described below. This guarantee will apply to all items as originally estimated, as well as additional repairs found to be related to this loss.*

All repairs completed as a result of the loss noted below will conform to generally accepted industry standards in use at the time the repairs are completed.

The repairer or GEICO will pay to correct or replace any item found to be inferior in quality or workmanship at no cost to you, the vehicle owner. If you have any questions concerning this guarantee, or if an adjustment is needed, call your claim representative listed below.

Customer **Nicole Kelly**  Claim # **0148200430101022**

Auto Make **Nissan truck/Armada**  VIN **5N1AA08B06N726574**

GEICO Representative **Alex Mbuthia**  Repairer Name **Jason Pope**

Repairer Address _____

Repairer Phone # _____

* Exclusions to this Guarantee are listed on the reverse side of this form.

NCDoI Fraud # 20241213_COFR_E5BT1
Salvage Title / BBB-Autoline: Lemon Law

C-526A (3/05)

# III Statement of Claim — NISSAN Failure (Breach of Contract)
## GEICO Failure (refusual to pay for services)



**SUPPLEMENTAL AIR BAG WARNING LIGHT**

The supplemental air bag warning light, displaying ⚹ in the instrument panel, monitors the circuits of the supplemental front air bag, supplemental side-impact air bag and curtain side-impact and rollover air bag and pre-tensioner seat belt systems. The circuits monitored by the supplemental air bag warning light are the diagnosis sensor unit, crash zone sensor, satellite sensors, rollover sensor, front air bag modules, side air bag modules, curtain air bag modules, pre-tensioner seat belts and all related wiring.

When the ignition key is in the ON or START position, the supplemental air bag warning light illuminates for about 7 seconds and then turns off. This means the system is operational.

If any of the following conditions occur, the supplemental front air bag, supplemental side air bag, curtain air bag and pre-tensioner seat belt systems need servicing:

- The supplemental air bag warning light remains on after approximately 7 seconds.
- The supplemental air bag warning light flashes intermittently.
- The supplemental air bag warning light does not come on at all.

Under these conditions, the supplemental front air bag, supplemental side air bags and curtain air bag or pre-tensioner seat belt systems may not operate properly. It must be checked and repaired. Take your vehicle to the nearest NISSAN dealer.



**Repair and replacement procedure**

The supplemental front air bags, supplemental side air bags, curtain air bags and pre-tensioner seat belts are designed to inflate on a one-time-only basis. As a reminder, unless it is damaged, the supplemental air bag warning light remains illuminated after inflation has occurred. Repair and replacement of these supplemental air bag systems should be done only by a NISSAN dealer.

When maintenance work is required on the vehicle, the supplemental front air bags, supplemental side air bags, curtain air bags, pre-tensioner seat belts and related parts should be pointed out to the person performing the maintenance. The ignition key should always be in the LOCK position when working under the hood or inside the vehicle.



III. Statement of Claim - Vehicle (Insurance) repair failure



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Consumer Response Center

May 13, 2016

NICOLE ABRAMS-KELLY

9932 Janeiro Dr N/A

Huntersville, NC 28078

RE: FTC Ref. No. 71206900

Dear NICOLE ABRAMS-KELLY:

Thank you for contacting the Federal Trade Commission (FTC).

The FTC has been directed by Congress to act in the interest of all consumers to prevent fraudulent, deceptive, and unfair business practices in the marketplace. Contacts from consumers and businesses are very important to our work as they are often the first indication of a problem in the marketplace, and may provide the initial evidence to begin an investigation.

The FTC recognizes consumers concerns regarding costly automobile repairs. Today's cars are so complex that even doing small repair jobs yourself may seem near impossible. The best way to avoid auto rip-offs is to be prepared. Knowing how your vehicle works and how to identify common car problems is a good beginning. It is also important to know how to choose a good mechanic, the kinds of questions to ask, and your consumer rights. This information may help you keep a lid on mechanical mistakes and avoid the stress of entrusting your automobile repairs to shops that can take advantage of your lack of knowledge and possibly leave you with high repair costs.

You can find information about avoiding auto repair rip-offs and warranty information on our website at the following links:

http://www.consumer.ftc.gov/articles/0211-auto-repair-basics
http://www.consumer.ftc.gov/articles/0138-auto-warranties-routine-maintenance

While the FTC is not able to intervene in individual disputes, the information you have provided has been recorded in our secure online database which is used by thousands of civil and criminal law enforcement authorities worldwide. This database enables law enforcement agencies to identify questionable business practices that may lead to investigations and prosecutions. In addition, our attorneys and investigators regularly review the complaint database to look for law enforcement targets, evaluate the need for consumer education, and make policy recommendations. Your letter has been added to our database for that purpose.

Once again, thank you for contacting the FTC.

Sincerely,

Consumer Response Center

III. Statement of Claim
IV. Relief (Vehicle replacement; Vehicle salvaged by dealership)

**Safety Issue Type: Complaints**

**December 21 2015** NHTSA ID Number: 10811461 (Lemon determination - 10/4/2018)

**Components: AIR BAGS**

**NHTSA ID Number** 10811461

**Incident Date** November 19 2010

**Consumer Location** HUNTERSVILLE, NC

**Vehicle Identification Number** 5N1AA08B56N******

## Complaint Summary

| | | |
|---|---|---|
| **CRASH** | Yes | NHTSA SERVICE BULLETIN #NTB-08-055-A / #10025522 WAS REVIEWED IN ACCORDANCE WITH COMPLAINT NHTSA ID NUMBER(S): 10806285,10781329 AND10745373. MY NISSAN ARMADA'S EDR INDICATED AN AIR BAG ISSUE THAT PREVIOUSLY REPAIRED AS INDICATED ON THE ATTACHED INVOICE BY MODERN NISSAN. ANOTHER AIR BAG ISSUE IS BEING SEEN SINCE THE NOVEMBER 2010 COLLISION.   EMAIL CONFIRMATION BETWEEN GEICO, MODERN NISSAN AND MYSELF:   FROM: JIM PURVIS [MAILTO:JPURVIS@MODERNAUTO.COM]  SENT: FRIDAY, DECEMBER 11, 2015 11:10 AM  TO: NICOLE ABRAMS-KELLY  CC: PRATHER, MICHAEL  SUBJECT: RE: NISSAN VEHICLE DAMAGE ADJUSTMENT - 2015 REVIEW   GOOD MORNING,   I HAVE REVIEWED THE ATTACHMENTS AND I AM NOT SURE WHAT THE RELATIONSHIP WITH THE CLOCK SPRING (AKA SPIRAL CABLE) AND THE RECALL LETTER FOR THE ECM RELAY HAVE IN COMMON.  WE HAVE QUOTED THE REPLACEMENT OF THE CLOCK SPRING AND THE ESTIMATE OF $580 IS ATTACHED, WHICH WILL NEED TO BE APPROVED BY THE RESPONSIBLE PAYING PARTY.   THANKS  JIM     JIM PURVIS  PARTS AND SERVICE DIRECTOR  MODERN NISSAN OF LAKE NORMAN  18615 STATESVILLE RD  CORNELIUS, NC 28031  704-237-5100  JPURVIS@MODERNAUTO.COM |
| **FIRE** | No | |
| **INJURIES** | 1 | |
| **DEATHS** | 0 | |

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|---|---|---|
| NISSAN | ARMADA | 2006 |

IV Relief (Dealership Quotes)

2019 SV Armada 4x4 w/ FogLghts w/ Driv Package

Sales Tax @ 6.625% = $3,468.12
NJ Sup Title tax .4% = $208.—
NJ DMV = $366.40
Dealer Doc Fee = $349.—

TOTAL    $4391.52

North Carolina Fee's

NC Sales tax @ 7.25% = $3795.30
NC DMV Fee est. + = $250.—
Dealer Doc Fee +  = $349.—

TOTAL    $4394.30

*V - Certification and Closing.*

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

FILED
CHARLOTTE, NC

JAN 16 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the

Global Existence Foundation
c/o: Nicole Abrams-Kelly
*Plaintiff*

v.

NISSAN of NA   NC Modern Automotive Network
GEICO Insurance
*Defendant*

Civil Action No. 3:24-CV-1107-KDB

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Mark Hilton, NCDOI Senior Special Agent
*(Name of person to whom this subpoena is directed)*

☐ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: | Date and Time: |
|---|---|
|  |  |

The deposition will be recorded by this method: _____

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: Entire Closed NCDOI Case File # 2016-03-00496 (GEICO) NC DOI Fraud Inquiry # 20241213-COFR-ES BTI; Superior Court Case (#16CVMO 28585-590) and Fraud Intake Report(s) #31908 and #32017.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

| CLERK OF COURT | |
|---|---|
| OR | |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Nicole Abrams-Kelly (E): NicoleAbramsKelly@outlook.com , who issues or requests this subpoena, are:
(M): (856) 379-9004

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Mark Hilton, NCDOI Sr. Special Agent
on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: — Electronic service by FAX
NCDOI Fraud Division
3200 Beechleaf Court — physical address
Raleigh, NC 27604

1201 Mail Service Center — Mailing address
Raleigh, NC 27699-1201
(FAX): (919) 733-6495
(DM): (919) 390-5361